No. 170, Misc.   MEDLEY *v.* EIDSON, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 171, Misc.   BRENNAN *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 172, Misc.   PRING *v.* ROBINSON, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 174, Misc.   MURPHY *v.* SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 176, Misc.   STODULSKI *v.* EIDSON, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 180, Misc.   TOMLINSON *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 184, Misc.   VAN HORN *v.* ROBINSON, WARDEN. Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 185, Misc.   COLLINS *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 10.   UNITED STATES EX REL. GIESE *v.* CHAMBERLIN, COMMANDING GENERAL, ET AL., *ante,* p. 845;

No. 75.   MOFFETT, EXECUTRIX, *v.* COMMERCE TRUST CO. ET AL., *ante,* p. 818;

No. 141.   MARKS ET AL., TRUSTEES, *v.* UNITED STATES, *ante,* p. 823; and

No. 188.   GILLETTE *v.* UNITED STATES, *ante,* p. 827. Petitions for rehearing denied.